UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Patricia Salazar, et al. v. Bayer Corporation, et al.* | No. 12-cv-11640-DRH |
| *Catrina Yanna, et al. v. Bayer HealthCare Pharmaceuticals, et al.* | No. 11-cv-12972-DRH |
| *Kimberly Goodson, et al. v. Bayer Corporation, et al.* | No. 13-cv-10036-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal and/or Orders of Dismissal filed to date, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
          **Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.06.23
10:47:41 -05'00'

APPROVED:
         DISTRICT JUDGE
         U. S. DISTRICT COURT